1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15

DERRICK DARNELL CONTRERAS,

              Plaintiff,

       v.

RIVERSIDE COUNTY SHERIFF'S
DEPARTMENT, ET AL.,

           Defendants.

)
)
)
)
)
)
)
)
)
)
)

5:11-cv-01779-SVW-PJW

ORDER ACCEPTING IN PART FINAL
REPORT AND ADOPTING IN PART
FINDINGS, CONCLUSIONS, AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. (Dkt. 100, 101). Plaintiff has not filed any objections to the Report. The Court accepts the findings and conclusions of the Magistrate Judge with respect to the claims against Defendants McFadden and Navarro. However, the Court rejects the findings and conclusions of the Magistrate Judge with respect to the claim against Defendant Placentia. Based on the video footage submitted by Defendant Placentia, the Court concludes that a triable issue exists as to whether the force applied by the deputy was excessive. Even assuming Defendant Placentia believed Plaintiff was reaching for his waistband, a rational jury could conclude that the deputy sufficiently neutralized Plaintiff by pinning him against the

1  wall, and therefore that it was objectively unreasonable to bring

2  Plaintiff to the ground in the manner captured on video.

3       Trial is therefore set for Tuesday, October 22, 2013, at 9:00 a.m.

4

5       IT IS SO ORDERED.

6

7

8  DATED: May 21, 2013

9                             STEPHEN V. WILSON

10               UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28