\

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Derrick Darnell Contreras, | CASE ED CV 11-1779 SVW (PJW) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Riverside County Sheriff's Dept.; Sr. Deputy Placenta; Sergeant Navarro; Sergeant McFadden, | **[JS-6]** |
| Defendants. | |

Good cause appearing therefor

IT IS ORDERED that this entire action is dismissed with prejudice with the parties to bear their own costs and attorney fees.

DATED: September 10, 2013     _____

Hon. Stephen V. Wilson
United States District Judge

4853-2067-0997.1

1

ORDER DISMISSING ACTION WITH PREJUDICE